ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 FEB 29 A 9 42

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| ALFREDO ROMERO GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 311-089 |
| | ) | |
| FNU KNOX, G.P. Counselor, and FNU STANLEY, G.P. Counselor, | ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, and this case is **CLOSED**.

SO ORDERED this 29th day of February, 2012, at Augusta, Georgia.

*/s/ Dudley H. Bowen, Jr.*
UNITED STATES DISTRICT JUDGE